# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail parcel postal tracking number 9114 9011 5981 5214 9453 40, postmarked January 29, 2014, weighing 4 pounds 1 ounce, addressed to Roy Bentz, 8615 Bobolink Ave, Cincinnati, OH 45231-4565 with a return address of GB car audio plus, 113 W U.S. Hwy 83, Pharr, TX 78577 | Case No.<br>1:14MJ -087 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel postal tracking number 9114 9011 5981 5214 9453 40

located in the    Southern    District of    Ohio   , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
    ☒ evidence of a crime;
    ☒ contraband, fruits of crime, or other items illegally possessed;
    ☐ property designed for use, intended for use, or used in committing a crime;
    ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

    ☒ Continued on the attached sheet.
    ☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/7/14

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Karen L. Litkovitz
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO        )
                     ) SS
COUNTY OF HAMILTON   )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On January 30, 2014, your affiant was contacted by Postal Inspectors in McAllen, Texas regarding Priority Mail parcel postal tracking number 9114 9011 5981 5214 9453 40 and Priority Mail parcel postal tracking number 9114 9011 5981 5214 9453 64 addressed to Roy Bentz, 8615 Bobolink Ave, Cincinnati, Ohio 45231-4565 with a return address of GB car audio plus, 113 W. U.S. Hwy 83, Pharr, TX 78577. According to McAllen Inspectors, the sender and addressee names could not be could not be found.

Your affiant requested the parcels be sent to her location for further investigation.

On February 4, 2014, your affiant obtained the aforementioned parcels from Mid City Post Office, Cincinnati, Ohio.

On February 5, 2014, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcels. Officer Sean Woods responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcels were placed in separate controlled area and presented to narcotic canine, "Dozer". "Dozer" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Priority Mail parcel postal tracking number 9114 9011 5981 5214 9453 40 and Priority Mail parcel postal tracking number 9114 9011 5981 5214 9453 64 addressed to Roy Bentz, 8615 Bobolink Ave, Cincinnati, Ohio 45231-4565. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

Parcel #1 is further identified as follows: a U.S. Postal Service Priority Mail cardboard box 12" x 12" x 5 1/2" in size, bearing postal tracking number 9114 9011 5981 5214 9453 40, weighing 4 pounds 1 ounce, postmarked January 29, 2014; see address information below:

      **Sender:**  GB car audio plus
            113 W U.S. Hwy 83
            Pharr, TX 78577

     **Addressee:**  Roy Bentz
            8615 Bobolink Ave
            Cincinnati, Ohio 45231-4565

2

Parcel #2 is further identified as follows: U.S. Postal Service Priority Mail cardboard box 12" x 12" x 5 1/2" in size, bearing postal tracking number 9114 9011 5981 5214 9453 64, weighing 4 pounds 1 ounce, postmarked January 29, 2014; see address information below:

**Sender:** GB car audio plus
113 W U.S. Hwy 83
Pharr, TX 78577

**Addressee:** Roy Bentz
8615 Bobolink Ave
Cincinnati, Ohio 45231-4565

Your affiant did a check in Accurint regarding the return address 113 W. U.S. Hwy 83, Pharr, TX 78577. Accurint is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Accurint, "GB car audio plus" has not been associated with that address since July 2013.

Your affiant did a check in Accurint regarding the addressee address 8615 Bobolink Ave, Cincinnati, Ohio 45231-4565. According to Accurint, the name "Bentz" is not associated with that address.

This information, along with the positive alert of narcotic canine "Dozer" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained Priority Mail parcel postal tracking number 9114 9011 5981 5214 9453 40 and Priority Mail parcel postal tracking number 9114 9011 5981 5214 9453 64 is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

3

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

_____
Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this __7__ day of __Feb.__, 2014.

_____
Honorable Karen L. Litkovitz
United States Magistrate Judge

4



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer SEAN M. WOODS, am and have been employed by the CINCINNATI POLICE DEPT since 1/00. Among other duties, I am currently the assigned handler of narcotics detection canine "Dozer" which is trained and certified in the detection of the presence or odor of narcotics described as follows: MARIJUANA, METH, COCAINE, HEROIN

On 2-5-14, at the request of Postal Inspector K. O'Neill, I responded to Cincy Postal Insp office, where "Dozer" did alert to and indicate upon: [describe item]

PM 9114 9011 5981 5214 945340 Ray Bentz 8615 Bobolink Ave Cincinnati OH - 45231-4565 return GPS car cradle Plus 113 W US Hw 83 Pharr TX 78577

Which, based upon my training and experience and that of "Dozer", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 2-5-14
(Signature and Date)

_____ 2-5-14
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009